UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL GAMINO,<br><br>Plaintiff,<br><br>v.<br><br>ALL WEST COACHLINES, INC.<br><br>Defendant. | No. 2:23-cv-01665 TLN AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action in pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On December 20, 2023, defendant filed a motion to dismiss. ECF No. 8. A hearing date was set for January 31, 2024. ECF No. 9. Plaintiff did not oppose the motion or make any responsive filing. The court is concerned that plaintiff has abandoned this case.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days after the motion is filed. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

////

1

imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

    Good cause appearing, IT IS HEREBY ORDERED that the hearing set for January 31, 2024 is VACATED to be re-set if necessary.  Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion no later than **January 31, 2024**.  Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: January 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2