UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON MICHALE GAMINO,

    Plaintiff,

    v.

ALL WEST COACHLINES, INC.,

    Defendant.

No. 2:23-cv-01665-TLN-AC

**ORDER**

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On February 9, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 12.) The time to file objections has passed, and neither party filed objections.

    The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on February 9, 2024, (ECF No. 12) are ADOPTED IN FULL;
2. The Court GRANTS Defendant's Motion to Dismiss (ECF No. 8) with leave to amend; and
3. This matter is referred back to the magistrate judge for further pre-trial proceedings.

Date: April 10, 2024

_____
Troy L. Nunley
United States District Judge