UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON MICHAEL GAMINO,
Plaintiff,
v.
ALL WEST COACHLINES, INC.,
Defendant.

No. 2:23-cv-1665 TLN AC

ORDER

This case was filed on August 10, 2023, with the plaintiff appearing in pro se and in forma pauperis. ECF No. 1. Upon a motion by defendant, plaintiff's initial complaint was dismissed with leave to amend (ECF No. 12, 15), and plaintiff filed the operative First Amended Complaint. ECF No. 13. Defendant answered the First Amended Complaint. ECF No. 16. On June 24, 2024, defendant filed a notice of bankruptcy filing and notice of an automatic stay of these proceedings. ECF No. 17. The undersigned confirmed the stay pursuant to 11 U.S.C. § 362(a) and ordered defendant to file a status report every 90 days to advise the court of the status of the bankruptcy proceedings. ECF No 18.

On September 30, 2026, defendant notified the court that bankruptcy proceedings had concluded and that the stay should be lifted. ECF No. 23. On October 1, 2026, the undersigned lifted the stay of this case and set a scheduling conference for December 9, 2026. ECF No. 24. On October 26, 2026, defendant submitted a status report indicating to the court that plaintiff has

not submitted overdue discovery responses, and that defense counsel has made multiple attempts to reach plaintiff via telephone without success. ECF No. 25 at 1-2. Given this report and the length of time that has passed since this case was stayed, the undersigned is concerned that plaintiff may have abandoned this case and that his contact information may not be current.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall file a status report informing the court of his continued interest in prosecuting this case and indicating whether or not he has been able to communicate with and/or provide updated contact information to defendant, no later than November 13, 2026.

DATED: October 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE